AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-10043-01 EFM |
| PAUL GORDON, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul Gordon                                                                                                          .

Date:   02/03/2022

s/ Melody Brannon
*Attorney's signature*

Melody Brannon
*Printed name and bar number*

Federal Public Defender
117 SW 6th Ave, Ste 200
Topeka, KS 66603

*Address*

melody_brannon@fd.org
*E-mail address*

(785) 232-9828
*Telephone number*

(785) 232-9886
*FAX number*