# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                                  CASE NO. 21-10043-01-EFM

**PAUL GORDON,**

      **Defendant.**

## MOTION FOR CONTINUANCE

Comes now the United States of America, by and through Molly M. Gordon, Assistant United States Attorney, and respectfully moves this Court for an order continuing the current jury trial setting based upon the following:

1. The parties were actively engaged in negotiations with the hope that these efforts would result in a plea. However, the parties were unable to reach an agreement, and the defendant has notified the government that he wants a jury trial.

2. The jury trial in this case is currently set for April 12, 2022, but counsel for the government will be unavailable the week before this date, and won't be available to begin the jury trial on the scheduled date.

3. The parties have discussed this matter with the Court, and have notified the Court that they believe this trial will last approximately 2 to 3 days.

4. Such a continuance outweighs the best interest of the public and the defendants in a speedy trial, as set out in 18 U.S.C. §3161(h)(7)(A). The ends of justice served by granting this continuance, and a failure to grant the continuance, far outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

5. The United States requests that the period of delay resulting from this, and prior continuances, shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). Specifically, the time from April 24, 2022, to the new jury trial setting should be excluded time as provided for by the Speedy Trial Act.

6. The United States has consulted counsel for defendant, Melody Brannon, and been advised she has no objection to the requested extension to May 9, 2022. She has consulted with Mr. Gordon, who agrees and understands that the time between April 12, 2022 and May 9, 2022 will be tolled under the Speedy Trial Act.

Wherefore, counsel moves the Court for an order continuing the jury trial, the date to be determined by the Court with all of this time excludable.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

/s/Molly M. Gordon
MOLLY M. GORDON, #23134
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
E-mail: molly.gordon@us.doj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the attorneys for the defendants.

/s/Molly M. Gordon
MOLLY M. GORDON
Assistant U.S. Attorney