# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                        CASE NO. 21-10043-01-EFM

**PAUL GORDON,**

      **Defendant.**

# ORDER

Now on this 7th day of March, 2022, the above matter comes before the Court upon the Motion of the United States for Continuance of the jury trial.

The Court, having reviewed the motion and being familiar with the case history, this Court finds the following reasons:

1.    The jury trial in this case is currently set for April 12, 2022, but counsel for the government will be unavailable the week before this date, and won't be available to begin the jury trial on the scheduled date.

2.    The parties have discussed this matter with the Court, and have notified the Court that they believe this trial will last approximately 2 to 3 days.

3.      Such a continuance outweighs the best interest of the public and the defendants in a speedy trial, as set out in 18 U.S.C. §3161(h)(7)(A),  The ends of justice served by granting this continuance, and a failure to grant the continuance, far outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

4.      The United States has consulted counsel for defendant, Melody Brannon, and been advised she has no objection to the requested extension.

The Court further finds that the period of delay resulting from the continuance granted pursuant to this order shall be excludable time as provided for in 18 U.S.C. §3161(h)(7)(A) and (B) in that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendants in a speedy trial. Specifically, the time from April 12, 2022, to May 9, 2022 shall be excludable.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Continue, Doc. 25, is hereby GRANTED and the jury trial be continued until May 9, 2022, at 1:30 p.m. in Courtroom 408.

_____
HONORABLE ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE