United States District Court
For the District of Kansas

**United States of America,**
        **Plaintiff,**

v.                                                    Case No. 21-10043-01 EFM

**Paul Gordon,**
        **Defendant.**

### Motion for Production of Documents and Objects
### Fed. R. Crim. P. 17(b) and (c)

The Federal Public Defender for the District of Kansas seeks (1) a subpoena duces tecum on behalf of the accused under Rule 17(c) of the Federal Rules of Criminal Procedure and (2) and payment of costs and fees for the subpoena under Rule 17(b).

Name of person or entity to be subpoenaed:

    Robert Allen, MCSO Administrator
    Montgomery County Sheriff's Office
    Jail Division
    300 E Main St
    Independence, KS 67301

Documents and objects to be produced for the period of Mr. Gordon's incarceration at Montgomery County Jail, May 5, 2021 to June 23, 2021:

1. Any and all call detail reports pertaining to Paul Gordon, including but not limited to information as to the date, time, duration, and phone numbers called; whether those calls were recorded or deemed privileged or private; the identity of any person or entity who accessed the calls or call-related information, and how and when that access was obtained;

2. Information regarding whether or not copies of phone records or recordings were made and/or distributed; if so, the date and time copies and/or distribution occurred, and to whom made the copies/distributed records and/or recordings;
3. Recordings of any and all outgoing calls made by Paul Gordon under his PIN;
4. Any and all available documentation relative to Paul Gordon's phone records maintained by Montgomery County not otherwise encompassed in the preceding enumerated paragraphs for the period of Mr. Gordon's incarceration at Montgomery County Jail, from May 5, 2021 to June 23, 2021.

Deadline and place for production:

On or before 12:00 p.m. on Wednesday, April 1, 2022, to the Federal Public Defender's Office, 117 S.W. 6th Street, Suite 200, Topeka, Kansas, 66603.

## Background

Mr. Gordon was indicted on June 15, 2021, alleging he had robbed a bank in Parsons, Kansas, a violation of 18 U.S.C. § 2113(a). Mr. Gordon was held in Montgomery County Jail on this and other charges, both related and unrelated, from May 5, 2021 to June 23, 2021. He has been in U.S. Marshal Service custody on these charges since June 23, 2021, at Butler County Jail in El Dorado, Kansas.

On March 16, 2022, the government notified defense counsel that county investigators had collected and reviewed calls made by Mr. Gordon from the Montgomery County Jail. The AUSA did not learn of this until March 11, 2022. The calls include statements by Mr. Gordon regarding the current offense, and the government advises that it does not intend to use those statements at trial. The parties are currently sorting through discovery and disclosure issues in preparation for trial.

In the meantime, counsel would like to obtain a full set of data from the jail and phone service provider that includes all calls made during that time to determine the content and who accessed the calls. Counsel is familiar with the phone platforms used in most detention facilities, and the material requested is standard, easily produced, and not overly burdensome to the administration at Montgomery County Jail. We have been in contact with Montgomery Jail regarding its processes and to confirm the name of the person who handles subpoenas and the availability of the information with a subpoena.

## Subpoena Procedure

Rule 17(c) authorizes this Court to issue subpoenas for the production of documents for indigent defendants. The rule also authorizes production before the documents are offered in evidence. The rule reaches essential, relevant documents, unable to be obtained by a party exercising due diligence, so long as the party's request is in good faith.[1] This information is necessary and relevant the viability of Mr. Gordon's rights pending prosecution of the alleged offenses listed in the Indictment.

Mr. Gordon is not requesting records of any other person or beyond the issues he intends to investigate. This request is made in good faith, with due diligence, and is not overburdensome.

The FPD was appointed to represent Mr. Gordon, and he has been in federal custody for approximately nine months. He is indigent and cannot pay the costs and

---

[1] *United States v. Nixon*, 418 U.S. 683, 699-700 (1974).

fees associated with a subpoena. We therefore also request payment of any costs and fees "in the same manner as those paid for witnesses the government subpoenas."[2]

## Conclusion

The requested documents are material, relevant, and necessary. The accused is unable to pay the costs and fees associated with a subpoena. We therefore request (1) a subpoena duces tecum as described above under Rule 17(c); and (2) payment of costs and fees under Rule 17(b).

                         Respectfully submitted,

                         s/Melody Brannon
                         MELODY BRANNON, Sup. Ct. No. 17612
                         Federal Public Defender
                         Federal Public Defender Office
                         117 SW 6th Ave., Suite 200
                         Topeka, KS 66603
                         Telephone: (785) 232-9828
                         Fax: (785) 232-9886
                         E-mail: Melody_Brannon@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

                         s/ Melody Brannon
                         MELODY BRANNON, #17612

---

[2] Fed. R. Crim. P. 17(b).