## In the United States District Court
## for the District of Kansas

---

**United States of America**,
        Plaintiff,

v.                                                    Case No. 21-10043-01 EFM

**Paul Gordon**,
        Defendant.

---

## Motion for Continuance

---

Defendant Paul Gordon, through undersigned counsel, moves this Court to continue the change of plea hearing for 30 days, for the following reasons:

1.  The change of plea hearing is scheduled for Wednesday, May 4, 2022, at 10:00 a.m.

2.  The government does not object to this request.

3.  Additional time is necessary for counsel's effective preparation, taking into account counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, Mr. Gordon was arraigned on June 23, 2021. On March 11, 2022, the Government notified undersigned counsel of the existence of recorded jail calls made by the defendant. The parties have been working to resolve outstanding questions pertaining to the collection of the recorded jail calls, a filter team, and the U.S. Attorney's Office policy regarding jail calls. The U.S. Attorney's Office

management and filter team needs to respond to defense inquiries before Mr. Gordon proceeds with the change of plea.

4.  For these reasons, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). "[S]ubsection (h)(7) expressly accounts for the possibility that a district court would need to delay a trial to give the parties adequate preparation time." *Bloate v. United States*, 559 U.S. 196, 213 (2010). "[A] district court may exclude preparation time under subsection (h)(7) if it grants a continuance for that purpose based on recorded findings 'that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" *Id.* at 214. This subsection provides "[m]uch of the Act's flexibility," and gives district courts "discretion . . . to accommodate limited delays for case specific needs." *Zedner v. United States*, 547 U. S. 489, 498-99 (2009). Those needs are present here.

Defendant Gordon has been informed of the statutory right to a speedy trial, joins in this request to continue, and does not object to the tolling of speedy trial time during the requested period.

We therefore ask this Court to make the required findings and continue the change of plea hearing for 30 days.

Respectfully submitted,


s/Melody Brannon
MELODY BRANNON, Sup. Ct. No. 17612
Federal Public Defender
Federal Public Defender Office
117 SW 6th Ave., Suite 200
Topeka, KS 66603
Telephone: (785) 232-9828
Fax: (785) 232-9886
E-mail: Melody_Brannon@fd.org


## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Molly Gordon
Assistant U.S. Attorney
Molly.Gordon@usdoj.gov


s/Melody Brannon
MELODY BRANNON, Sup. Ct. No. 17612